PETER P. LATOURETTE et al., Appellants, *v.* HENRY H. PERSONS, Respondent.

(Argued March 11, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of October, 1888, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*Frank Brundage* for appellants.

*Charles W. Sickmon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

LEANDER FITTS, as Receiver, etc., Respondent, *v.* NELSON BEARDSLEY, Impleaded, etc., Appellant.

SAME, Respondent, *v.* SAME, Appellant.

(Argued March 11, 1891; decided April 14, 1891.)

APPEALS from judgments of the General Term of the Supreme Court in the fifth judicial department, entered upon orders made October 1, 1889, which modified, and affirmed as modified, judgments in favor of plaintiff entered upon decisions of the court on trial at Special Term.

*John D. Teller* for appellant.

*H. V. Howland* and *Sereno E. Payne* for respondent.

Agree to affirm on opinion below.
All concur.
Judgments affirmed.